UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JULIE JOLIE, JENNIFER NGUYEN, and AMBIA COOPER, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Case No. 3:23-cv-0481-B(BT) |
| NICK'S MANAGEMENT, INC., NICK'S CLUBS, INC., f/k/a ADVENTURE PLUS ENTERPRISES, INC., d/b/a PT'S MEN'S CLUB, and NICK MEHMETI, | § § § § § § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. *See* Doc. 97. Defendants filed objections, Doc. 98, and the District Judge has conducted a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are **OVERRULED**, and the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Accordingly, the Court **GRANTS** Plaintiff's Motion for Award of Attorney's Fees, Doc. 88, with certain modifications, and awards Jolie $82,634.50 for the reasonable attorney's fees she incurred and $7,011.49 in nontaxable expenses.[1]

By separate docket entry, the Court will issue a Judgment that is consistent with this order.

---

[1] The Court declines Plaintiff's request for an award of additional fees for time counsel spent preparing her response to Defendants' objections. *See* Pl.'s Opp. to Defs.' Obj., Doc. 99 at 14 (requesting an additional $2520 in attorney's fees).

1

SO ORDERED.

January 8, 2025.

                                                    JANE J. BOYLE
                                                    UNITED STATES DISTRICT JUDGE