UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JULIE JOLIE, JENNIFER NGUYEN, and AMBIA COOPER, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Case No. 3:23-cv-0481-B(BT) |
| NICK'S MANAGEMENT, INC., NICK'S CLUBS, INC., f/k/a ADVENTURE PLUS ENTERPRISES, INC., d/b/a PT'S MEN'S CLUB, and NICK MEHMETI, | § § § § § § | |
| Defendants. | § | |

## **JUDGMENT**

Pursuant to the Court's Order Accepting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, it is hereby ORDERED, ADJUDGED, and DECREED that Plaintiff Julie Jolie is awarded $82,634.50 for the reasonable attorney's fees she incurred and $7,011.49 in nontaxable expenses; and that Defendants shall pay this award within thirty days of this Judgment.

IT IS FURTHER ORDERED that the Clerk shall transmit a true copy of this judgment and the order accepting the Findings, Conclusions and Recommendation of the United States Magistrate Judge to counsel for the parties.

Signed this 8th day of January, 2025.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE